# STATE OF LOUISIANA

## COURT OF APPEAL, THIRD CIRCUIT

NO: KW 07-01129

**Judgment rendered and mailed to all parties or counsel of record on September 18, 2007.**

STATE OF LOUISIANA
VERSUS
MYCHAL D. BELL

FILED: 09/13/07

On application of Mychal D. Bell for Writ of Review in No. 82112 on the docket of the Twenty-Eighth Judicial District Court, Parish of LaSalle, Hon. John Philip Mauffray, Jr.

|  | Counsel for: |
|---|---|
| Louis Granderson Scott | Mychal D. Bell |
| Carol Denise Powell-Lexing | |

|  | Counsel for: |
|---|---|
| Hon. J. Reed Walters | State of Louisiana |

Lake Charles, Louisiana, on September 18, 2007.

**WRIT DENIED:** The issues presented in the Defendant's writ application to this court are moot. *See State v. Bell*, an unpublished writ opinion bearing docket number 07-1106 (La.App. 3 Cir. 9/14/07).

For this reason, the Defendant's writ application is hereby denied.

| MTA | JDP | JTG |
|---|---|---|